# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Seitz, Patricia A. | 2. Court or Organization  District Court, SDFL | 3. Date of Report  05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Senior | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
400 North Miami Avenue, Chambers 11-4
Miami, FL 33128-1810

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Richman, Greer PA - Salary |
| 2. | 2018 | The Northern Trust Company - Minimum Required Distribution |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Timberland, Clark Co., AR, Appraisal dated 1996 | | None | K | Q | | | | | |
| 2. | Richman, Greer, P.A. interest in law firm | | None | K | U | | | | | |
| 3. | City National Bank, Money Market, Miami, FL | A | Interest | N | T | | | | | |
| 4. | Northern Trust Bank, IRA/U.S. Treasury Bills, Miami, FL, | B | Interest | M | T | | | | | |
| 5. | Interest in Richman Greer 401(k) Plan | | None | P1 | T | | | | | |
| 6. | Wells Fargo, N.A., Miami, FL | A | Interest | O | T | | | | | |
| 7. | USAA Savings Account | A | Interest | J | T | | | | | |
| 8. | Oil & Gas Interest, Trego Co., KS | D | Royalty | K | W | | | | | |
| 9. | Condo Boat Slip, Miami-Dade County, FL | C | Rent | M | S | | | | | |
| 10. | Northern Trust Bank, Money Market - Miami, FL | B | Interest | N | T | | | | | |
| 11. | MS Cash | A | Interest | J | T | | | | | |
| 12. | MS Bank Deposit Program - CitiBank NA | A | Interest | K | T | | | | | |
| 13. | Berkshire Hathaway Inc. CL B | A | Dividend | M | T | | | | | |
| 14. | IShares Russell 2000 ETF | B | Dividend | L | T | | | | | |
| 15. | IShares IBoxx Invest Gr Cor Bd | C | Dividend | | | Sold (part) | 05/02/18 | L | A | |
| 16. | IShares IBoxx Invest Gr Cor Bd | C | Dividend | | | Sold | 10/04/18 | L | A | |
| 17. | IShares TIP Bond | A | Dividend | | | Sold | 08/28/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  FPA Crescent FD Instl | B | Dividend | | | Sold<br>(part) | 05/02/18 | J | A | |
| 19.  FPA Crescent FD Instl | B | Dividend | | | Sold<br>(part) | 06/22/18 | L | C | |
| 20.  FPA Crescent FD Instl | B | Dividend | | | Sold | 07/05/18 | K | C | |
| 21.  IVY Sci & Tech | A | Dividend | L | T | Buy<br>(add'l) | 06/26/18 | J | | |
| 22.  MFB Northern FDS Money Mkt FD (X) | A | Dividend | M | T | | | | | |
| 23.  Nuveen Ehcd Mun Cred Opp Fd | C | Dividend | K | T | | | | | |
| 24.  T Rowe Price Health Science Fd | A | Dividend | L | T | | | | | |
| 25.  Vanguard Ltd Tm Tx Ext Inv | A | Dividend | L | T | | | | | |
| 26.  American New Perspective F2 | B | Dividend | L | T | Buy<br>(add'l) | 02/27/18 | K | | |
| 27.  Industrial Sel Sec Spdr Fd | B | Dividend | K | T | | | | | |
| 28.  T Rowe Price Blue Chip Gr | A | Dividend | M | T | Buy<br>(add'l) | 07/09/18 | K | | |
| 29.  General Electric Co 5% Fixed to 01/21/21 | B | Interest | K | T | | | | | |
| 30.  Oakmark Select 1 | A | Dividend | | | Sold<br>(part) | 06/26/18 | K | B | |
| 31.  Oakmark Select 1 | A | Dividend | | | Sold | 07/05/18 | K | B | |
| 32.  SPDR S&P Regional Banking | A | Dividend | | | Buy | 03/05/18 | K | | |
| 33.  SPDR S&P Regional Banking | A | Dividend | | | Sold | 10/12/18 | K | A | |
| 34.  AT&T Inc 5% due 03/01/21 | B | Interest | L | T | Buy | 03/01/18 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American International Group Inc. 4.875% due 06/01/22 | B | Interest | L | T | Buy | 03/01/18 | L | | |
| 36. Bank of America Corp 5% due 05/13/21 | B | Interest | L | T | Buy | 03/05/18 | L | | |
| 37. Blackrock Inc | A | Dividend | K | T | Buy | 03/21/18 | K | | |
| 38. Goldman Sachs Group 4% due 03/03/24 | C | Interest | L | T | Buy | 08/28/18 | L | | |
| 39. HSBC Holdings PLC 4.875% due 01/14/22 | B | Interest | L | T | Buy | 03/01/18 | L | | |
| 40. Ishares MSCI ACWI EX US ETF | B | Dividend | L | T | Buy | 05/02/18 | L | | |
| 41. Ishares US Aerospace & Def ETF | A | Dividend | L | T | Buy | 12/12/18 | L | | |
| 42. JCMorgan Chase & Co 4.5% due 01/24/22 | B | Interest | K | T | Buy | 07/05/18 | K | | |
| 43. Marsh & McLennab Cos Inc 4.05% due 10/15/23 | B | Interest | L | T | Buy | 03/05/18 | L | | |
| 44. T Rowe Price QM US SM CP | A | Dividend | L | T | Buy | 06/22/18 | L | | |
| 45. Verizon Communications 5.15% due 09/15/23 | C | Interest | L | T | Buy | 03/05/18 | L | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Purchases in Section VII beginning with item 26 of 02/27/18 and items 32, 34, 35, 36, 37,39,43 and 45 were funded by the rollover of my Government Thrift Savings Plan and a mandatory distribution from my 401K Plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Seitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544